UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

-against-

ORDER

JORGE ALFREDO MONTANEZ BECERRA,

18 Cr. 782 (GBD)

Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The initial appearance currently scheduled for October 20, 2020 at 10:00 a.m. is hereby cancelled.

Dated: New York, New York
       October 15, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge