**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x
UNITED STATES OF AMERICA,

    -against-

JORGE ALFREDO MONTANEZ BECERRA,

    Defendant.
------------------------------------ x

ORDER

18 Cr. 782-5 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: APR 20 2021

GEORGE B. DANIELS, United States District Judge:

A status conference is scheduled for June 15, 2021 at 10:00 a.m.

Dated: New York, New York
     April 20, 2021

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge