UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,

-against-

JORGE ALFREDO MONTANEZ BECERRA,

Defendant.

------------------------------------ x

ORDER

18 Cr. 782-5 (GBD)

GEORGE B. DANIELS, United States District Judge:

A change of plea hearing is scheduled for August 9, 2022 at 10:30 am.

Dated: August 4, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE