UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,

    -against-

JORGE ALFREDO MONTANEZ BECERRA,

    Defendant.

------------------------------------ x

ORDER

18 Cr. 782-5 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant Montanez Becerra's unopposed motion to sever the trial of the defendants charged in Count One of S3 18 Cr. 782 (GBD) from the trial of Defendant Montanez Becerra on Counts Two and Three of S3 18 Cr. 782 (GBD) is GRANTED.

Dated: August 9, 2022
    New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE