**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

JORGE ALFREDO MONTANEZ BECERRA,

                        Defendant.

------------------------------------ x

ORDER

18 Cr. 00782-5 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of Court is directed to close the open motion at ECF No. 121.

Dated: October 17, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge