UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

JORGE ALFREDO MONTANEZ BECERRA,

    Defendant.

------------------------------------ x

ORDER

18 Cr. 00782-5 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Defendant's motion for an adjournment of the change of plea hearing scheduled to occur on November 15, 2022 is GRANTED. The hearing is adjourned to December 14, 2022, at 10:15 a.m. The Clerk of Court is directed to close the open motion at ECF No. 171.

Dated: November 14, 2022
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge