UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
:
UNITED STATES OF AMERICA
:   CONSENT PRELIMINARY ORDER
- v. -                              OF FORFEITURE/
:   MONEY JUDGMENT
JORGE ALFREDO MONTANEZ BECERRA,
:   S3 18 Cr. 782 (GBD)
Defendant.
:
---------------------------------- x

WHEREAS, on or about September 3, 2020, JORGE ALFREDO MONTANEZ BECERRA (the "Defendant"), among others, was charged in two counts of a three-count sealed Superseding Indictment, S3 18 Cr. 782 (GBD) (the "Indictment"), with conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h), and conspiracy to import narcotics, in violation of Title 21, United States Code, Sections 959(d) and 963 (Count Three);

WHEREAS, the Indictment included a forfeiture allegation as to Count Three of the Indictment, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of all property involved in the offense charged in Count Three of the Indictment;

WHEREAS, on or about December 14, 2022, the Defendant pled guilty to Count Three of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Three of the Indictment and agreed to forfeit to the United States, pursuant to Title 21, United States Code, Sections 970 and 853, a sum of money equal to $3.5 million in United States currency;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $3.5 million in United States currency, representing the amount property involved in the offense charged in Count Three of the Indictment; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the property involved in the offense charged in Count Three of the Indictment cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys, Gillian Grossman and Kyle Wirshba, of counsel, and the Defendant, and his counsel, Lashonta Marcel Stewart, Esq., that:

1.  As a result of the offense charged in Count Three of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $3.5 million, in United States currency (the "Money Judgment"), representing the amount of property involved in the offense charged in Count Three of the Indictment shall be entered against the Defendant.

2.  Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, JORGE ALFREDO MONTANEZ BECERRA , and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.  All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.  The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ Gillian Grossman
GILLIAN GROSSMAN / KYLE WIRSHBA
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2188 / 2493

November 15, 2022
DATE

JORGE ALFREDO MONTANEZ BECERRA

By: *Jorge Montanez Becerra*
JORGE ALFREDO MONTANEZ BECERRA

12/13/22
DATE

By: *[signature]*
LASHONTA MARCEL STEWART, ESQ.
Stewart Law Group
600 B Street, Suite 2050
San Diego, CA 92101

12/13/22
DATE

SO ORDERED:

*George B. Daniels*
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

DEC 14 2022
DATE