UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

JORGE ALFREDO MONTANEZ BECERRA,

                     Defendant.

------------------------------------- x

ORDER

18 Cr. 782-5 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of Court is directed to close the open motion at ECF No. 122.

Dated: March 21, 2023
       New York, New York

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge